ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
MOISES RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00430-LJO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| | |
| MOISES RODRIGUEZ, | Date: September 23, 2013 |
| | Time: 8:30 a.m. |
| Defendant. | Hon. Lawrence J. O'Neill |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 23, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **November 25, 2013, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

   a. Further investigation is needed to determine whether the Defendant was properly advised by his attorney of the consequences of the plea agreement.

PDF created with pdfFactory trial version www.pdffactory.com

b. The defendant needs to be further interviewed

regarding his criminal history to determine if the safety

valve provision of U.S.C. § 5(C)(1)(2) applies.

        b. This continuance is needed in order to allow the

defendant and the Probation Office to update the

Presentence Report based upon this interview.

        c. The government does not object to the continuance.

IT IS SO STIPULATED.


Dated: September 18, 2013        /s/ Laurel J. Montoya   __
                                 Assistant United States
                                 Attorney


Dated: September 18, 2013        /s/ Anthony P. Capozzi        _
                                 Anthony P. Capozzi
                                 Attorney for
                                 MOISES RODRIGUEZ


## ORDER

    For reasons set forth above, the continuance requested by

the parties is granted. The Sentencing currently scheduled on

September 23, 2013, at 8:30 a.m. is continued to **November 25,**

**2013, at 8:30 a.m. THERE WILL BE NO MORE FUTURE CONTINUANCES**

**GRANTED. If the sentencing does not go forward at the next**

**hearing date, the Court will rule on the anticipated motion**

**to withdraw plea.**


    **IT IS SO ORDERED.**


**Dated: September 19, 2013**          /s/ Lawrence J. O'Neill
                                       **UNITED STATES DISTRICT JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com