ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
MOISES RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOISES RODRIGUEZ,<br><br>Defendant. | Case No.: 1:11-CR-00430-LJO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Date: November 25, 2013<br>Time: 8:30 a.m.<br>Hon. Lawrence J. O'Neill |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 25, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **January 6, 2014, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The defendant needs to be further debriefed regarding the application of 2D1.1(b)16 and for 5K1.1.

    b. Defendant has decided not to pursue the withdrawal

1      of the plea.
2          c. This continuance is needed in order to allow the
3      defendant and the Probation Office to update the
4      Presentence Report based upon this interview.
5          d. The parties request that Informal Objections be
6      filed on December 9, 2013, and Formal Objections be filed
7      on December 23, 2013.
8          e. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 19, 2013          */s/ Laurel J. Montoya*
                                  Assistant United States
                                  Attorney

Dated: November 19, 2013          */s/ Anthony P. Capozzi*
                                  Anthony P. Capozzi
                                  Attorney for
                                  MOISES RODRIGUEZ

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted.

**IT IS ORDERED** that the Sentencing currently scheduled for November 25, 2013, at 8:30 a.m. is continued to **January 6, 2014, at 8:30 a.m.** and the Informal Objections be filed on December 9, 2013, and Formal Objections be filed on December 23, 2013.

IT IS SO ORDERED.

Dated: November 21, 2013

_/s/Lawrence J. O'Neill__
Honorable Lawrence J. O'Neill